IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BANK OF NEW YORK, ETC., ) | |
|     Appellant, ) | Civil Action No. 09-161 |
| ) | |
|     v. ) | Procedural Order for |
| ) |  Bankruptcy Appeals |
| ERIC E. BONONI, ET AL., ) | |
|     Appellees. ) | |

ORDER

The above action seeks review of a decision by the United States Bankruptcy Court for the Western District of Pennsylvania. In accordance with Bankruptcy Rules 8009 and 8010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

    (1)   The appellant shall serve and file their brief by February 24, 2009;

    (2)   The appellees shall serve and file their brief by March 11, 2009;

    (3)   The appellant may serve and file a reply brief by March 23, 2009;

    (4)   No extensions of time will be permitted without order of the Court.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

Dated: February 9, 2009

cc: All parties of record