**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BANK OF NEW YORK, ETC., | : |
| Appellant | CIVIL CASE NO. 09-161 |
| | : |
| v. | |
| ERIC E. BONONI, ET AL., | : |
| Appellee | |

**EMERGENCY MOTION FOR STAY PENDING APPEAL**

**ORDER** █████████

AND NOW, this    day of          , 2009, upon The Emergency Motion of BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2004-10 / Appellant, it is

████████████████████████████████████
████████████████████████████████████
████████████████████████████der.

United States District Judge

AND NOW, THIS 2nd DAY OF March 09 IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

*/s/ Gary L. Lancaster*
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

cc: See attached service list: